```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| KEITH WILSON | CIVIL ACTION |
| VERSUS | NO. 06-2469 |
| WARDEN TILLERY, ET AL. | SECTION "J"(4) |

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Keith Wilson is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 15th day of June, 2006.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**